IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SANDY MARTIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF IDAHO, DEPARTMENT )<br>OF CORRECTIONS, )<br>)<br>Defendant. )<br>_____) | Case No. CV-06-55-S-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment shall be entered in favor of Defendant and that this case be dismissed in its entirety.  This case is hereby ordered closed.

DATED: **June 7, 2007**

B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment - 1**